# THE WEITZ LAW FIRM, P.A.



Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 15, 2019

**The Initial Pretrial Conference in this matter is hereby RESCHEDULED to December 20, 2019 at 3:15 p.m.**

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007-1312

      Re:    Velasquez v. 44 Water Street, Inc., d/b/a Da Vinci Pizzeria, et al.
              Case 1:19-cv-06908-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for November 21, 2019 at 3:15 p.m., in Your Honor's Courtroom. To date, none of the Defendants have yet appeared and/or answered in this matter. Though they summons were sent out to be served in August, we have not heard back from our process server as to confirmation of such and copies of the Affidavits. (See Attached Exhibit). We have left messages and believe this predicament will be solved. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in mid- December, or any other date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

                          Sincerely,

                          By: /S/ B. Bradley Weitz
                              B. Bradley Weitz, Esq. (BW9365)
                              THE WEITZ LAW FIRM, P.A.
                              Attorney for Plaintiff
                              Bank of America Building
                              18305 Biscayne Blvd., Suite 214
                              Aventura, Florida 33160
                              Telephone: (305) 949-7777
                              Facsimile: (305) 704-3877
                              Email: bbw@weitzfirm.com

SO ORDERED: 11/20/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE