# THE WEITZ LAW FIRM, P.A.



Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 7, 2019

DEC 1 1 2019

The Initial Pretrial Conference in this matter is hereby adjourned to January 24, 2020 at 3:30 p.m.

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007-1312

   Re: Velasquez v. 44 Water Street, Inc., d/b/a Da Vinci Pizzeria, et al.
      Case 1:19-cv-06908-AJN

Dear Judge Nathan:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for December 20, 2019 at 3:15 p.m., in your Honor's Courtroom. However, Plaintiff's counsel has a conflict on this date with a scheduled Mediation, for a matter in the Southern District of New York Conference, that will take the entire day and therefore will overlap the initial pretrial conference in this instant matter. Also, at this time, Defendants have not yet appeared in this case. Therefore, it is respectfully requested that this Conference be postponed 30 days from the day of the Conference, or any other date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

            Sincerely,

            By: /S/ B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

12/9/19

              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile: (305) 704-3877
              Email: bbw@weitzfirm.com