# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

JAN 2 2 2020

January 17, 2020

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007-1312

> The Initial Pretrial Conference in this matter is hereby adjourned to February 21, 2020 at 3:45 P.M.
>
> No further adjournments of the Initial Conference will be granted.

Re: Velasquez v. 44 Water Street, Inc., d/b/a Da Vinci Pizzeria, et al.
Case 1:19-cv-06908-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for January 24, 2020 at 3:30 p.m, in Your Honor's Courtroom. To date, the Defendants have yet formally appeared and/or answered in this matter, having been served properly [D.E. 11 & D.E. 12]. The undersigned's office was contacted today by firm that will be representing the landlord defendant Water Holdings, LLC. As such, in order to afford additional time for both Defendants to formally appear, answer the Complaint and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests an adjournment of next week's Conference to a date in mid-February, or any other date most convenient to this Honorable Court. Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

SO ORDERED
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
1/22/20