UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Velasquez,

    Plaintiff,

–v–

44 Water Street, Inc, *et al.*,

    Defendants.



19-cv-06908 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An Initial Pretrial Conference in the above-captioned action is scheduled for February 21, 2020. Dkt. No. 22. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference. Dkt. No. 7. The Court has not yet received the required documents. The parties are therefore ordered to submit their case management plan and joint letter no later than 7:00 p.m. on February 20, 2020.

    SO ORDERED.

Dated: February 20, 2020
       New York, New York

                                                _____
                                                ALISON J. NATHAN
                                               United States District Judge

1