# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/20
```

March 26, 2020

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

          Re:    Velasquez v. 44 Water Street, Inc., d/b/a Da Vinci Pizzeria, et al
                Case 1:19-cv-06908-AJN

Dear Judge Nathan:

      The undersigned represents the Plaintiff in the above-captioned case matter.

SO ORDERED.

      Pursuant to Order [D.E. 38] which states that Plaintiff, in making an extension request, must indicate whether Defendants consents and, if not, the reasons given by Defendants for refusing consent, Plaintiff's counsel states he is putting all his cases on hold and seeks a thirty (30) day stay of all deadlines due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public, including complete closures, such as the business involved in this matter.

      The undersigned has conferred with counsel for Defendants who has consented to the filing of this motion.

      The Court may wish to note that this is undersigned counsel's second request to stay this matter.  Thank you for your consideration of this request.

                                      Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW 9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Tel.: (305) 949-7777
                                  Fax: (305) 704-3877
                                  Email: bbw@weitzfirm.com

3/30/20

*/s/ Alison J. Nathan*