**THE WEITZ LAW FIRM, P.A.**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> Plaintiff's request for a stay is DENIED. As the Court noted in its earlier order, Dkt. No. 38, pursuant to the Undersigned's Individual Practices in Civil Cases, parties making an extension request must indicate whether opposing counsel consents and, if not, the reason given for refusing consent.
>
> The parties are instead ordered to meet and confer and submit a revised Case Management Plan to govern this action. The deadlines in that Plan may reflect the additional time needed by the parties to proceed with discovery and settlement discussions.

**Re:**   Velasquez v. 44 Water Street, Inc., et al
          Case 1:19-cv-06908-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the businesses in this matter, it is difficult for the parties to proceed in this matter with discovery and/or productive settlement negotiations at this time.

Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE".

The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel.: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com

5/11/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.